**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6377**

---

LARRY BLAKNEY,

        Petitioner - Appellant,

    v.

MERRICK GARLAND, Attorney General of U.S.; WARDEN T. SCARANTINO,

        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-hc-02067-M)

---

Submitted:  September 19, 2024                    Decided:  September 24, 2024

---

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry Blakney, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Blakney appeals the district court's order dismissing for lack of exhaustion his 28 U.S.C. § 2241 petition challenging the propriety of his commitment to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Blakney v. Garland*, No. 5:24-hc-02067-M (E.D.N.C. Apr. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*